# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 28, 2016

## NO. 03-16-00030-CV

**Paul E. Copeland Jr., Appellant**

**v.**

**Federal National Mortgage Association, a/k/a Fannie Mae, Appellee**

**APPEAL FROM COUNTY COURT AT LAW OF BASTROP COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the county court on November 2, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the county court's judgment. Therefore, the Court affirms the county court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.